IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE M. THIERRY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 21-4421 |
| RICHARD MARTIN, | : | |
| Defendant. | : | |

## ARBITRATION AWARD
## PURSUANT TO LOCAL RULE 53.2

AND NOW this 15th day of November, 2022, the undersigned arbitrators, having been duly certified and sworn and having heard the above captioned civil action on November 15, 2022, do hereby make the following award pursuant to Local Civil Rule 53.2:

*In favor of (1) Christine M. Thiery and against (1) Richard Martin in the Amount of $5,071.61.*

Chairperson: Jason Banonis
Arbitrator: Richard Shaffer, Jr.
Arbitrator: David Robert Gordon

## NOTICE

This award will become a final judgment of the court without the right of appeal, unless a party files with the court a demand for a trial *de novo* within thirty (30) days after the entry of the arbitration award.